**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Honorable James Larson
US Chief Magistrate Judge

Chambers
415.522-2112

October 30, 2007

Ralph O. Lewis, Jr
Law Offices of Ralph O. Lewis, Jr
40960 California Oaks Road, Suite 267
Murrieta, CA 92562

      Re:    Judy Barr v. Alameda City Unified School District, et al.,
            U.S. District Court Case No. C 07-4075 JL

Dear Mr. Lewis:

      At the time that you filed your first pleading in this case, you should have been notified that the matter had been assigned to the undersigned magistrate judge for all purposes including trial. You should have received a form stating that the magistrate judges of this district have been designated to conduct any and all proceedings in a civil case including a jury or nonjury trial and to order the entry of a final judgment, upon the consent of all parties.

      You should have been notified that you had the right to have the case reassigned to a United States District Court judge for trial and disposition if you wish, or to consent to the jurisdiction of this Court. You should have received a form in two parts, the top part consenting to assignment of your case to a United States Magistrate Judge; and the second part declining to consent to the assignment to a magistrate judge and requesting reassignment to a United States District Court Judge.

      We have not received a signed form from you. Two forms are enclosed, the consent form and the request for reassignment. If you wish to have the matter reassigned to a District Court Judge, then you should sign the appropriate request. You are free to withhold consent to this Court and request reassignment to a district judge without any adverse consequences.

    Please sign and return *one* of the enclosed forms as soon as possible. If we do not hear from you by **November 6, 2007** we will request reassignment of your case to a United States District Court Judge.

    Thank you.

                                                            Very truly yours,

                                                            James Larson
                                                            Chief Magistrate Judge