UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY BARR, | No. C 07-4075 JL |
| Plaintiff, | |
| v. | CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE |
| ALAMEDA CITY UNIFIED SCHOOL DISTRICT, ET AL., | |
| Defendants. | |

In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned party hereby consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment, and voluntarily waives the right to proceed before a United States District Judge. I understand that I am free to withhold consent to jurisdiction of this court and request reassignment to a district judge without adverse substantive consequences.

Date: _____           _____

                                                     Signature

                                                     Counsel for _____

                                                     _____

CONSENT                                           1