**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY BARR,<br><br>        Plaintiff,<br><br>    v.<br><br>ALAMEDA CITY UNIFIED SCHOOL DISTRICT, ET AL.,<br><br>        Defendants.<br>_____/ | No. C 07-4075 JL<br><br>REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE FOR TRIAL AND DISPOSITION |

      The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Date: _____     _____

                                                                            Signature

                                                                            Counsel for _____

                                                                            _____

REQUEST                        1