1

UNITED STATES DISTRICT COURT

2

NORTHERN DISTRICT OF CALIFORNIA

3

4    JUDY BARR

5             Plaintiff(s),                    No. 07-04075 JL

6        v.                          NOTICE OF CONTINUANCE
                                     OF CASE MANAGEMENT CONFERENCE
7    ALAMEDA UNIFIED SCHOOL DISTRICT

8             Defendant(s).
    _____/

9

10        TO ALL PARTIES AND COUNSEL OF RECORD:

11        You are hereby notified that the case management conference scheduled for November

12   14, 2007 @ 10:30 a.m. in Courtroom F, 15th Floor, 450 Golden Gate Avenue, San Francisco,

13   California 94102 has been continued to November 28, 2007 @ 10:30 a.m..

14

15   Dated:  November 2, 2007                     *Wings Hom*
                                     _____
16                                   Wings Hom Courtroom Deputy to
                                     JAMES LARSON, CHIEF UNITED STATES
17                                   MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28