July 1, 2006

Alameda City Unified School District  
2200 Central Ave.,201 E  
Alameda CA   94501

Our File:  02102.4  
Invoice # 40  
**$10473.27**

RE:   Jack Barr v. Alameda City USD 4-DPH  
SN05-01890 &  SN05 00204

---

Statement of Account for Services Rendered Through June 30, 2006

---

Professional Services

| Date | Emp | Description | Hours | Amount |
|---|---|---|---|---|
| 06/02/05 | ROL | Review case file | 1.75 | 525.00 |
| 06/04/05 | ROL | Research | 0.75 | 225.00 |
| 06/06/05 | AR | Telephone call with client | 0.25 | 11.25 |
| 06/07/05 | ROL | Initial Consult | 1.25 | 375.00 |
| | TE | Telephone call with client. | 0.25 | 31.25 |
| 06/09/05 | TE | Open new client file. | 0.75 | 93.75 |
| 06/17/05 | ROL | Review request for District's request for mediation from SEHO. | 0.75 | 225.00 |
| 06/18/05 | TE | Telephone call with client re: mediation request | 0.75 | 93.75 |
| 06/20/05 | ROL | Review school records. | 1.50 | 450.00 |
| 06/27/05 | TE | E-Mail from client | 0.50 | 62.50 |
| | ROL | Prepare request for due process hearing. | 2.00 | 600.00 |
| | ROL | Research | 1.25 | 375.00 |
| 06/28/05 | ROL | Telephone call with client | 0.50 | 150.00 |
| 06/29/05 | TE | Letter and documents to client. | 0.50 | 62.50 |
| | ROL | Finalize request for due process hearing. | 1.50 | 450.00 |
| 06/30/05 | ROL | Telephone call with client | 0.50 | 150.00 |
| 07/01/05 | ROL | Review of notice of due procress hearing from SEHO. | 0.50 | 150.00 |
| | ROL | Telephone call with client | 0.50 | 150.00 |
| 07/07/05 | ROL | Review letter to OAH from the opposing counsel. | 0.25 | 75.00 |
| | ROL | Review letter from district. | 0.25 | 75.00 |
| 07/13/05 | ROL | Review of mediation notice. | 0.25 | 75.00 |
| 07/14/05 | TE | Telephone call with client | 0.50 | 62.50 |
| 07/15/05 | ROL | Motion for continuance and vacating hearing | 0.75 | 225.00 |
| | ROL | E-Mail from parents re: psychologist assessment. | 0.25 | 75.00 |
| | TE | Letter to client. | 0.50 | 62.50 |
| 07/17/05 | AR | Telephone call with the opposing counsel. | 0.50 | 22.50 |
| 07/18/05 | ROL | Review order granting continuance and vacating hearing date from OAH. | 0.50 | 150.00 |
| 07/20/05 | ROL | Telephone call with client | 0.50 | 150.00 |
| 07/21/05 | ROL | Review Letter from client | 0.50 | 150.00 |
| 07/23/05 | ROL | Letter to parents re case | 0.50 | 150.00 |
| 07/24/05 | ROL | Telephone call with client | 0.25 | 75.00 |
| 08/01/05 | TE | Telephone call with client | 0.50 | 62.50 |
| 08/03/05 | TE | Prepare documents for mediation | 1.75 | 218.75 |
| 08/04/05 | AR | Telephone call with client | 0.25 | 11.25 |
| 08/05/05 | ROL | Prepare for Mediation | 3.25 | 975.00 |

*Exhibit B*

Page two
July 1, 2006
Alameda City Unified School District
Jack Barr v. Alameda City USD 4-DPH
Our File:  02102.4
Invoice # 40

| Date | Emp | Description | Hours | Amount |
|---|---|---|---|---|
| 08/06/05 | AR | Telephone call with client. | 0.25 | 11.25 |
| 08/08/05 | TE | Telephone call with mediator. | 0.25 | 31.25 |
|  | ROL | Telephone call with client | 0.50 | 150.00 |
| 08/09/05 | ROL | Attend Mediation with travel time. | 10.00 | 3,000.00 |
| 08/12/05 | TE | Telephone call with client | 0.50 | 62.50 |
| 09/02/05 | ROL | Review of order of dismissal from OAH. | 0.25 | 0.00 |
| 09/03/05 | TE | Telephone call with client | 0.25 | 31.25 |
| 06/28/06 | TE | Facsimile in from client re: copy of ltr to AUSD | 0.25 | 31.25 |

Summary of Services

| AR | Alicia Ramos | 1.25 hr @ 45.00 | $ | 56.25 |
| ROL | Ralph Lewis | 30.50 hr @ 300.00 | $ | 9150.00 |
| ROL | Ralph Lewis | 0.25 hr @ 0.00 |  | N/C |
| TE | Tami Elan | 7.25 hr @ 125.00 | $ | 906.25 |

Total Professional Services                                                    $ 10,112.50

Costs and Disbursements

| Date | Description | Amount |
|---|---|---|
| 06/03/05 | Copies of documents from file | 38.25 |
| 06/09/05 | Set up new filing | 90.00 |
| 06/17/05 | Copies of request for mediation from SEHO. | 3.00 |
| 06/17/05 | Facsimile in request for mediation from SEHO. | 6.00 |
| 06/20/05 | Copies of school records | 62.75 |
| 06/27/05 | E-mail | 3.00 |
| 06/29/05 | Copies of letter and documents to client. | 4.50 |
| 06/29/05 | Facsimile out letter and documents to client. | 9.00 |
| 06/29/05 | Copies of request for due process hearing. | 5.00 |
| 06/29/05 | Facsimile out request for due process hearing. | 15.00 |
| 07/01/05 | Copies of notice of due progess hearing from SEHO. | 2.50 |
| 07/01/05 | Facsimile out notice of due progess hearing from SEHO. | 5.00 |
| 07/07/05 | Copies of letter to OAH from the opposing counsel. | 1.00 |
| 07/07/05 | Facsimile in letter to OAH from the opposing counsel. | 2.00 |
| 07/07/05 | Copies of letter from the district. | 1.00 |
| 07/07/05 | Facsimile in letter from the district. | 2.00 |
| 07/13/05 | Facsimile out mediation notice | 5.00 |
| 07/13/05 | Copies of mediation notice. | 0.50 |
| 07/18/05 | Copies of order granting continuance and vacating hearing date from OAH. | 1.00 |
| 07/18/05 | Facsimile out order granting continuance and vacating hearing date from OAH. | 3.00 |

Page three
July 1, 2006
Alameda City Unified School District
Jack Barr v. Alameda City USD 4-DPH
Our File: 02102.4
Invoice # 40

| Date | Description | Amount |
|---|---|---:|
| 07/19/05 | Copies of fax from the opposing counsel re: request for mediation | 1.00 |
| 07/19/05 | Facsimile in fax from the opposing counsel re: request for mediation. | 2.00 |
| 08/05/05 | White 3" D Ring Binders | 42.63 |
| 08/05/05 | Facsimile in documents from client. | 9.00 |
| 08/05/05 | Copies of documents from client. | 4.50 |
| 08/15/05 | Copies of letter to client. | 3.00 |
| 08/15/05 | Facsimile out letter to client. | 6.00 |
| 08/18/05 | Facsimile from client re: settlement agreement. | 2.00 |
| 08/18/05 | Copies of facsimile from client re: settlement agreement. | 1.00 |
| 08/18/05 | Facsimile out settlement agreement to the opposing counsel and mediator. | 4.00 |
| 08/18/05 | Copies of settlement agreement sent to the opposing counsel and mediator.. | 2.00 |
| 09/02/05 | Copies of order of dismissal from OAH. | 1.00 |
| 09/02/05 | Facsimile out order of dismissal. | 3.00 |
| 06/14/06 | Copies fax in | 0.75 |
| 06/23/06 | Copies letter to ACUSD | 1.50 |
| 06/23/06 | Postage letter to AUSD | 0.39 |
| 06/23/06 | Facsimile out letter to AUSD | 2.00 |
| 06/26/06 | Facsimile in documents in from client | 12.00 |
| 06/28/06 | Facsimile in re: request for copy of letter to AUSD | 2.00 |
| 06/28/06 | Copies fax in re: request for copy of letter to AUSD | 1.50 |
| | Total Costs and Disbursements | $ 360.77 |

TOTAL NEW CHARGES $ 10,473.27

Previous Balance Due $ 0.00

SUMMARY OF ACCOUNT

| | |
|---|---:|
| Balance Forward | $ 0.00 |
| Total New Charges | 10,473.27 |
| Payments and Credits | 0.00 |
| TOTAL BALANCE DUE *** PLEASE PAY THIS AMOUNT ** | $ 10,473.27 |

Please note: This bill does not Include all of the fees and costs associated with this case. This bill has been reduced to reflect an amount close to the amount agreed to in the settlement agreement.