## Amy Faltz Speech and Language Pathologists

| | | | |
|---|---|---|---|
| 202.50 | 3/31/2005 | 225.00 | 4/11/2005 |
| 22.50 | 3/7/2005 | 270.00 | 6/10/2005 |
| 202.50 | 4/30/2005 | 337.50 | 7/14/2005 |
| 67.50 | 4/28/2005 | 202.50 | 9/15/2005 |
| 270.00 | 5/31/2005 | 270.00 | 5/31/2005 |
| 337.50 | 6/30/2005 | | |
| 202.50 | 7/31/2005 | | |
| 315.00 | 9/30/2005 | | |
| **$1,620.00** | | **1,305.00** | |

*Exhibit C*

FROM :                              FAX NO. :                         Aug. 27 2007 05:48PM  P2

**FALTZ ASSOCIATES, INC.**
SPEECH AND LANGUAGE PATHOLOGISTS
4279 Piedmont Avenue
Oakland, CA 94611

(510) 654-3381
Federal Tax ID Number: 94-3001796

# STATEMENT

Jack Barr
1517 Court Street
Alameda, CA 94501

Billing Date: March 31, 2005

| Date | Description | Hours | Amount |
|---|---|---|---|
| 3/4/05 | Individual S/L Therapy (45 minutes) | | 67.50 |
| 3/10/05 | Individual S/L Therapy (45 minutes) | | 67.50 |
| 3/17/05 | Individual S/L Therapy (45 minutes) | | 67.50 |
| | **Total costs** | | **$202.50** |
| 3/7/05 | Phone Consultation with Hillary Kissack | 0.25 | 22.50 |
| | For professional services rendered | 0.25 | $22.50 |
| | **Total time and expense charges** | | **$225.00** |
| | Previous balance | | $135.00 |
| 3/11/05 | Payment - Thank You | | ($135.00) |
| | **Balance due** | | **$225.00** |

**FALTZ ASSOCIATES, INC.**
SPEECH AND LANGUAGE PATHOLOGISTS
4279 Piedmont Avenue
Oakland, CA 94611

(510) 654-3381
Federal Tax ID Number: 94-3001796

# STATEMENT

Jack Barr
1517 Court Street
Alameda, CA 94501

Billing Date: April 30, 2005

|  |  |  | Amount |
|---|---|---|---|
| 4/7/05 | Individual S/L Therapy (45 minutes) |  | 67.50 |
| 4/14/05 | Individual S/L Therapy (45 minutes) |  | 67.50 |
| 4/21/05 | Individual S/L Therapy (45 minutes) |  | 67.50 |
|  | **Total costs** |  | **$202.50** |
|  |  | Hours |  |
| 4/28/05 | Late Cancellation | 0.75 | 67.50 |
|  | For professional services rendered | 0.75 | $67.50 |
|  | **Total time and expense charges** |  | **$270.00** |
|  | **Previous balance** |  | **$225.00** |
| 4/11/05 | Payment - Thank You |  | ($225.00) |
|  | **Balance due** |  | **$270.00** |

**FALTZ ASSOCIATES, INC.**
SPEECH AND LANGUAGE PATHOLOGISTS
4279 Piedmont Avenue
Oakland, CA 94611

# STATEMENT

(510) 654-3381
Federal Tax ID Number: 94-3001796

Jack Barr
1517 Court Street
Alameda, CA 94501

Billing Date: May 31, 2005.

| Date | Description | Amount |
|---|---|---|
| 5/5/05 | Individual S/L Therapy (45 minutes) | 67.50 |
| 5/12/05 | Individual S/L Therapy (45 minutes) | 67.50 |
| 5/19/05 | Individual S/L Therapy (45 minutes) | 67.50 |
| 5/26/05 | Individual S/L Therapy (45 minutes) | 67.50 |
| | **Total costs** | $270.00 |
| | **Previous balance** | $270.00 |
| 5/12/05 | Payment - Thank You | ($270.00) |
| | **Balance due** | $270.00 |

ICD-9 = 315.31
CPT/RVS Codes: 92507

# STATEMENT

**FALTZ ASSOCIATES, INC.**
SPEECH AND LANGUAGE PATHOLOGISTS
4279 Piedmont Avenue
Oakland, CA 94611

(510) 654-3381
Federal Tax ID Number: 94-3001796

Jack Barr                                          Billing Date: June 30, 2005
1517 Court Street
Alameda, CA 94501

|         |                                       | Amount    |
|---------|---------------------------------------|-----------|
| 6/2/05  | Individual S/L Therapy (45 minutes)   | 67.50     |
| 6/9/05  | Individual S/L Therapy (45 minutes)   | 67.50     |
| 6/16/05 | Individual S/L Therapy (45 minutes)   | 67.50     |
| 6/23/05 | Individual S/L Therapy (45 minutes)   | 67.50     |
| 6/30/05 | Individual S/L Therapy (45 minutes)   | 67.50     |
|         | **Total costs**                       | $337.50   |
|         | **Previous balance**                  | $270.00   |
| 6/10/05 | Payment - Thank You                   | ($270.00) |
|         | **Balance due**                       | $337.50   |

ICD-9 = 315.31
CPT/RVS Codes: 92507

FROM :                           FAX NO. :                     Aug. 27 2007 05:49PM  P6

**FALTZ ASSOCIATES, INC.**                                          STATEMENT
SPEECH AND LANGUAGE PATHOLOGISTS
4279 Piedmont Avenue
Oakland, CA 94611

(510) 654-3381
Federal Tax ID Number: 94-3001796


Jack Barr                                              Billing Date: July 31, 2005
1517 Court Street
Alameda, CA 94501


|  |  | Amount |
|---|---|---|
| 7/7/05 | Individual S/L Therapy (45 minutes) | 67.50 |
| 7/14/05 | Individual S/L Therapy (45 minutes) | 67.50 |
| 7/28/05 | Individual S/L Therapy (45 minutes) | 67.50 |
|  | **Total costs** | $202.50 |
|  | **Previous balance** | $337.50 |
| 7/14/05 | Payment - Thank You | ($337.50) |
|  | **Balance due** | $202.50 |

ICD-9 = 315.31
CPT/RVS Codes: 92507

FROM :                                   FAX NO. :                                Aug. 27 2007 05:50PM  P7

# STATEMENT

**FALTZ ASSOCIATES, INC.**
SPEECH AND LANGUAGE PATHOLOGISTS
4279 Piedmont Avenue
Oakland, CA 94611

(510) 654-3381
Federal Tax ID Number: 94-3001796

Jack Barr                                                          Billing Date: September 30, 2005
1517 Court Street
Alameda, CA 94501

|       |                                      | Amount    |
|-------|--------------------------------------|-----------|
| 9/2/05  | Individual S/L Therapy (45 minutes) | 75.00     |
| 9/8/05  | Group S/L Therapy (45 minutes)      | 60.00     |
| 9/15/05 | Group S/L Therapy (45 minutes)      | 60.00     |
| 9/22/05 | Group S/L Therapy (45 minutes)      | 60.00     |
| 9/29/05 | Group S/L Therapy (45 minutes)      | 60.00     |
|       | **Total costs**                      | **$315.00** |
|       | **Previous balance**                 | **$202.50** |
| 9/15/05 | Payment - Thank You                | ($202.50) |
|       | **Balance due**                      | **$315.00** |

ICD-9 = 315.31
CPT/RVS Codes: 92507