School Aid  Margaret Sullivan

| | | |
|---|---|---|
| 1,700.00 | 8/31/2004 | 1,700.00 Pd |
| 1,800.00 | 9/30/2004 | 1,800.00 Pd |
| 1,655.00 | 10/31/2004 | 1,655.00 Pd |
| 1,535.00 | 11/30/2004 | 1,535.00 Pd |
| 1,282.50 | 12/31/2004 | 1,282.50 Pd |
| 1,520.00 | 1/31/2005 | 1,520.00 Pd |
| 1,040.00 | 2/27/2005 | 1,040.00 Pd |
| 1,040.00 | 3/30/2005 | 1,040.00 Pd |
| $11,572.50 | | 11,572.50 |

## Invoice for School Aide Services
## Provider: Margaret Sullivan

Invoice Period From __8/1/04__ To __8/31/04__

| Parent name | Child name | Rate per hour | Hours per Month | Amount Paid |
|---|---|---|---|---|
| Judy Barr | Jack Barr | $15.00 | 113.5 | $1700 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  | Totals: | 113.5 | $1700.00 |

Date: __8/31/04__

**PAID IN CASH**

Provider Signature: __Margaret Sullivan__

# Invoice for School Aide Services
## Provider: Margaret Sullivan

**Invoice Period From** 9/1/04 **To** 9/30/04

| Parent name | Child name | Rate per hour | Hours per Month | Amount Paid |
|---|---|---|---|---|
| Judy Barr | Jack Barr | $15.00 | 120 | 1800.00 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  | Totals: | 120 | $1800.00 |

Date: 9/30/04

**PAID IN CASH**

Provider Signature: *Margaret Sullivan*

# Invoice for School Aide Services
## Provider: Margaret Sullivan

**Invoice Period From** 10/1/04 **To** 10/31/04

| Parent name | Child name | Rate per hour | Hours per Month | Amount Paid |
|---|---|---|---|---|
| Judy Barr | Jack Barr | $15.00 | 110.5 | $1655.00 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  | Totals: | 110.5 | $1655.00 |

Date: 10/31/04

**PAID IN CASH**

Provider Signature: *Margaret Sullivan*

# Invoice for School Aide Services
## Provider: Margaret Sullivan

Invoice Period From   11/1/04   To   11/30/04

| Parent name | Child name | Rate per hour | Hours per Month | Amount Paid |
|---|---|---|---|---|
| Judy Barr | Jack Barr | $15.00 | 102.5 | $1535.00 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Totals:   102.5   $1535.00

Date: 11/30/04

**PAID IN CASH**

Provider Signature: *Margaret Sullivan*

# Invoice for School Aide Services
## Provider: Margaret Sullivan

Invoice Period From  12/1/04  To  12/31/04

| Parent name | Child name | Rate per hour | Hours per Month | Amount Paid |
|---|---|---|---|---|
| Judy Barr | Jack Barr | $15.00 | 85.5 | $1282.50 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
| | | Totals: | 85.5 | $1282.50 |

Date: 12/31/04

Provider Signature: *Margaret Sullivan*

**PAID IN CASH**

# Invoice for School Aide Services
## Provider: Margaret Sullivan

**Invoice Period From** 1/2/05 **To** 1/31/05

| Parent name | Child name | Rate per hour | Hours per Month | Amount Paid |
|---|---|---|---|---|
| Judy Barr | Jack Barr | $15.00 | 101.5 | $1520.00 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Totals: 101.5    $1520.00

Date: 1/31/05

**PAID IN CASH**

Provider Signature: *Margaret Sullivan*

# Invoice for School Aide Services
## Provider: Margaret Sullivan

Invoice Period From  2/1/05   To  2/27/05

| Parent name | Child name | Rate per hour | Hours per Month | Amount Paid |
|---|---|---|---|---|
| Judy Barr | Jack Barr | $15.00 | 69.5 | $1040.00 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
| | | Totals: | 69.5 | $1040.00 |

Date: 2/27/05

Provider Signature: *Margaret Sullivan*

**PAID IN CASH**

## Invoice for School Aide Services
## Provider: Margaret Sullivan

**Invoice Period From** 3/1/05 **To** 3/30/05

| Parent name | Child name | Rate per hour | Hours per Month | Amount Paid |
|---|---|---|---|---|
| Judy Barr | Jack Barr | $15.00 | 69.5 | $1040.00 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
| | | Totals: | 69.5 | $1040.00 |

Date: 3/30/05

**PAID IN CASH**

Provider Signature: *Margaret Sullivan*

No. 11  Date 10/15/04
RECEIVED OF Judy Barr
Six hundred fifteen dollars  DOLLARS $ 615.00

| Amt. of Account | School aide |
| Amt. Paid | |
| Balance Due | |

PAID
BY Margaret Sullivan

---

No. 4  Date 8/31/04
RECEIVED OF Judy Barr
One thousand seven hundred & 00/100  DOLLARS $ 1700.00

| Amt. of Account | ※ School aide |
| Amt. Paid | Training |
| Balance Due | |

✓ PAID
BY Margaret Sullivan

---

No. 5  Date 9/30/04
RECEIVED OF Judy Barr
One thousand eight hundred  DOLLARS $ 1800.00

| Amt. of Account | School aide |
| Amt. Paid | |
| Balance Due | |

✓ PAID
BY Margaret Sullivan

No. 17   Date 10/31/04
RECEIVED OF Judy Barr
One thousand forty dollars — DOLLARS $ 1040.00

| Amt. of Account | |
|---|---|
| Amt. Paid | School aide |
| Balance Due | |

✓ PAID
BY Margaret Sullivan

---

No. 18   Date 11/15/04
RECEIVED OF Judy Barr
One thousand forty dollars — DOLLARS $ 1040.00

| Amt. of Account | |
|---|---|
| Amt. Paid | School aide |
| Balance Due | |

✓ PAID
BY Margaret Sullivan

---

No. 23   Date 11/30/04
RECEIVED OF Judy Barr
Four hundred ninety five — DOLLARS $ 495.00

| Amt. of Account | |
|---|---|
| Amt. Paid | School aide |
| Balance Due | |

✓ PAID
BY Margaret Sullivan







| No. 22 | Date 12/17/04 |
|---|---|
| RECEIVED OF Judy Barr | |
| Seven hundred eighty seven /50 DOLLARS | $787.50 |
| Amt. of Account | School Aide |
| Amt. Paid | |
| Balance Due | BY Margaret Sullivan |

✓ PAID

RECEIPT
DATE 12/31/04    No. 360151    $495.00
FROM Judy Barr
Four hundred ninety five — DOLLARS
○ FOR RENT
● FOR School Aide
ACCT.    ○ CASH    FROM 12/18 TO 12/31
         ○ CHECK
✓ PAID   ○ MONEY ORDER    BY Margaret Sullivan
2501

RECEIPT
DATE 1/31/05    No. 360152    $1040.00
FROM Judy Barr
One thousand forty — DOLLARS
○ FOR RENT
● FOR School Aide
✓ PAID    FROM 1/16 TO 1/31
         BY Margaret Sullivan
2501