## Kristen Neugebauer

| | | | |
|---|---|---|---|
| 1,330.00 | 9/1/2004 | $1,330.00 | 9/1/2004 pd |
| 1,330.00 | 10/1/2004 | $1,330.00 | 10/1/2004 pd |
| 1,330.00 | 11/1/2004 | $1,330.00 | 11/1/2004 pd |
| 1,235.00 | 12/1/2004 | $1,235.00 | 12/1/2004 pd |
| **5,225.00** | | **$5,225.00** | |

# Kristen Neugebauer M.A., CCC
## Speech & Language Pathologist

2417 Mariner Square Loop, Suite 255
Alameda, CA 94501

Phone: 510.306.9066
Fax: 510.217.3542
kris@superspeech.com

## Client Receipt

| Client Name: | Jack Barr |
|---|---|
| Date of Service(s): | December 1, 2, 3, 7, 8, 9, 13, 14, 15, 16, 20, 21, 22, 2004 |
| Type of Service: | Language Therapy |
| Amount: | $1235 |
| Payment Type: | |
| Check Number: | |
| Other: | |



www.superspeech.com

# Kristen Neugebauer M.A., CCC
### Speech & Language Pathologist

2417 Mariner Square Loop, Suite 255
Alameda, CA 94501

Phone: 510.306.9066
Fax: 510.217.3542
kris@superspeech.com

## Client Receipt

| | |
|---|---|
| Client Name: | Jack Barr |
| Date of Service(s): | November 2, 3, 4, 9, 10, 11, 15, 16, 17, 22, 23, 24, 29, 30, 2004 |
| Type of Service: | Language Therapy |
| Amount: | $1330 |
| Payment Type: | |
| Check Number: | |
| Other: | |



www.superspeech.com

# Kristen Neugebauer M.A., CCC
## Speech & Language Pathologist

2417 Mariner Square Loop, Suite 255
Alameda, CA 94501

Phone: 510.306.9066
Fax: 510.217.3542
kris@superspeech.com

## Client Receipt

| Client Name: | Jack Barr |
|---|---|
| Date of Service(s): | October 1, 5, 6, 7, 12, 13, 14, 19, 20, 21, 22, 26, 27, 28, 2004 |
| Type of Service: | School Observation / Language Therapy |
| Amount: | $1330 |
| Payment Type: | |
| Check Number: | |
| Other: | |



www.superspeech.com

# Kristen Neugebauer M.A., CCC
## Speech & Language Pathologist

2417 Mariner Square Loop, Suite 255
Alameda, CA 94501

Phone: 510.306.9066
Fax: 510.217.3542
kris@superspeech.com

## Client Receipt

| Client Name: | Jack Barr |
|---|---|
| Date of Service(s): | September 1, 2, 7, 8, 9, 14, 15, 16, 21, 22, 23, 28, 29, 30, 2004 |
| Type of Service: | Language Therapy |
| Amount: | $1330 |
| Payment Type: | |
| Check Number: | |
| Other: | |



www.superspeech.com

FROM :                                              FAX NO. :                              Aug. 27 2007 05:54PM  P1   Page. 1

4/26/06 at 11:09:54.17

## Alameda Christian School, Inc.
## Customer Ledgers
For the Period From Jul 1, 2004 to Jun 30, 2005

Filter Criteria includes: 1) IDs from Barr to Barr. Report order is by ID. Report is printed in Detail Format.

| Customer ID / Customer | Date | Trans No | Type | Debit Amt | Credit Amt | Balance |
|---|---|---|---|---|---|---|
| | 7/1/04 | Tu 10:1 | SJ | 495.00 | | 495.00 |
| | 7/11/04 | 2110 | CRJ | | 495.00 | 0.00 |
| | 7/11/04 | 2110 | CRJ | 75.00 | 75.00 | 0.00 |
| Barr | 8/1/04 | Tu 10:2 | SJ | 495.00 | | 495.00 |
| Jim & Judy Barr | 8/27/04 | 2238 | CRJ | | 495.00 | 0.00 |
| | 9/1/04 | Tu 10:3 | SJ | 495.00 | | 495.00 |
| | 9/15/04 | 2255 | CRJ | | 495.00 | 0.00 |
| | 10/1/04 | Tu 10:4 | SJ | 495.00 | | 495.00 |
| | 10/18/04 | 2309 | CRJ | | 495.00 | 0.00 |
| | 11/1/04 | Tu 10:5 | SJ | 495.00 | | 495.00 |
| | 11/17/04 | 2294 | CRJ | | 495.00 | 0.00 |
| | 12/1/04 | Tu 10:6 | SJ | 495.00 | | 495.00 |
| | 12/17/04 | 1810 | CRJ | | 495.00 | 0.00 |
| | 1/1/05 | Tu 10:7 | SJ | 495.00 | | 495.00 |
| | 1/18/05 | 2339 | CRJ | | 495.00 | 0.00 |
| | 2/1/05 | Tu 10:8 | SJ | 495.00 | | 495.00 |
| | 2/16/05 | 2373 | CRJ | | 495.00 | 0.00 |
| | 3/1/05 | Tu 10:9 | SJ | 495.00 | | 495.00 |
| | 3/16/05 | 2396 | CRJ | | 495.00 | 0.00 |
| | 4/1/05 | Tu 10:10 | SJ | 495.00 | | 495.00 |
| | 4/27/05 | 2431 | CRJ | | 495.00 | 0.00 |
| | 5/1/05 | Tu 10:11 | SJ | 495.00 | | 495.00 |
| | 5/16/05 | 2305 | CRJ | | 495.00 | 0.00 |
| | 6/1/05 | Tu 10:12 | SJ | 495.00 | | 495.00 |
| | 6/11/05 | 2500 | CRJ | | 495.00 | 0.00 |
| Report Total | | | | 6015.00 | 6015.00 | 0.00 |

ALAMEDA CHRISTIAN SCHOOL
2226 PACIFIC AVENUE
ALAMEDA, CA 94501

## Social Language Group

| | | | |
|---|---|---|---|
| 100.00 | 9/2/2004 | $100.00 | 9/2/2004 pd |
| 750.00 | 9/22/2004 | $750.00 | 9/22/2004 pd |
| 750.00 | 1/26/2005 | $750.00 | 1/26/2005 pd |
| 650.00 | 6/8/2005 | $150.00 | 6/8/2005 pd |
| 65.00 discount | | $360.00 | 7/6/2005 pd |
| | | $75.00 | 7/13/2005 pd |
| 2,185.00 | | $2,185.00 | |

Fall C4

## Social Language Groups
4630 Edgewood Avenue   Oakland, CA 94602
(510) 530-3085

pt

| Date | Receipt # |
|---|---|
| 9/02/04 | F04-01 |

| Billing Address |
|---|
| Judy Barr |
| 1517 Court St |
| Alameda, CA 94501 |

| Payment Type | Description | Amount |
|---|---|---|
|  | Initial Assessment for Fall 04 Social Language Group | $100.00 |

*Please make payment to Elizabeth Sautter

| Total Paid | $100.00 |
|---|---|
| Total Due | $00.00 |

Fall 04

## Social Language Groups
4630 Edgewood Avenue  Oakland, CA 94602
(510) 530-3085

pt

| Date | Receipt # |
|---|---|
| 9/22/04 | F04-01 |

| Billing Address |
|---|
| Judy Barr |
| 1517 Court St |
| Alameda, CA 94501 |

| Payment Type | Description | Amount |
|---|---|---|
|  | Enrollment for Fall 04 Social Language Group | $750.00 |
| Check #2252 | Registration | -$150.00 |

*Please make payment to Elizabeth Sautter

| Total Paid | $150.00 |
|---|---|
| Total Due | $600.00 |

FROM : FAX NO. : Aug. 27 2007 05:51PM P10

Fall 04

# Social Language Groups
4630 Edgewood Avenue  Oakland, CA 94602
(510) 530-3085

pt

| Date | Receipt # |
|---|---|
| 9/22/04 | F04-01 |

| Billing Address |
|---|
| Judy Barr<br>1517 Court St<br>Alameda, CA 94501 |

| Payment Type | Description | Amount |
|---|---|---|
|  | Enrollment for Fall 04 Social Language Group | $750.00 |
| Check #2268 | Payment | -$600.00 |

*Please make payment to Elizabeth Sautter

| Total Paid | $600.00 |
|---|---|
| Total Due | $00.00 |

Winter 05

**Social Language Groups**
4630 Edgewood Avenue Oakland, CA 94602
(510) 530-3085

**Receipt**

| Date |
|---|
| 1/26/05 |

| Billing Address |
|---|
| Barr<br>1517 Court St<br>Alameda, Ca 94501 |

CPT Procedure: 92508

| Payment Type | Description | Amount |
|---|---|---|
| Check # _____ | Social Language Groups: 12-week treatment program (60-minute sessions) [to address the needs of clients who present with social language deficits that is adversely effecting their ability to communicate with others in a variety of settings]. | $750.00 |

| Total Paid | $ 750.00 |
|---|---|
| Total Due | $ 00.00 |

*Summer 05*

# Social Language Groups
4630 Edgewood Avenue Oakland, CA 94602
(510) 530-3085

**Receipt**

| Date |
|------|
| 6/8/05 |

| Billing Address |
|---|
| Barr |
| 1517 Court St |
| Alameda, Ca 94501 |

**CPT Procedure: 92508**

**Description of Therapy:**
Social Language Groups: 10-week treatment program (60-minute sessions) to address the needs of clients who present with social language deficits that is adversely effecting their ability to communicate with others in a variety of settings.

|  | Amount | Description/Type of payment |
|---|---|---|
| Balance | $650 | 10sessions for Summer 2005 |
| Payment | $150 | check #2454 |
| Remaining Balance | $500 | Remaining Payment for groups |

FROM :                                    FAX NO. :                              Aug. 27 2007 05:52PM  P13


Summer 05

# Social Language Groups
4630 Edgewood Avenue  Oakland, CA 94602
(510) 530-3085

**Receipt**

| Date |
|------|
| 7/6/05 |

| Billing Address |
|---|
| Barr<br>1517 Court St<br>Alameda, Ca 94501 |

**CPT Procedure: 92508**

**Description of Therapy:**
Social Language Groups: 10-week treatment program (60-minute sessions) to address the needs of clients who present with social language deficits that is adversely effecting their ability to communicate with others in a variety of settings.

|  | Amount | Description/Type of payment |
|---|---|---|
| Balance | $435 | 9 sessions for Summer 2005 |
| Payment | $360 | check #2526 |
| Remaining Balance | $75 | Remaining Payment for groups |

*Summer 05*

# Social Language Groups
4630 Edgewood Avenue  Oakland, CA  94602
(510) 530-3085

**Receipt**

| Date |
|---|
| 7/13/05 |

| Billing Address |
|---|
| Barr |
| 1517 Court St |
| Alameda, Ca 94501 |

**CPT Procedure: 92508**

**Description of Therapy:**
Social Language Groups: 10-week treatment program (60-minute sessions) to address the needs of clients who present with social language deficits that is adversely effecting their ability to communicate with others in a variety of settings.

|  | Amount | Description/Type of payment |
|---|---|---|
| Balance | $75 | 9 sessions for Summer 2005 |
| Payment | $75 | check #2545 |
| Remaining Balance | $0 | Remaining Payment for groups |