AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) FIRST AMENDED SEE ATTACHED LIST | DATE 11/21/07  10:10AM |
| NAME OF SERVER (PRINT) TREVOR DUFFY, #641, CONTRA COSTA | TITLE AN EMPLOYEE OF A REGISTERED PROCESS SERVER |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. 2200 CENTRAL AVENUE, ALAMEDA, CA 94501

Name of person with whom the summons and complaint were left: ALAMEDA CITY UNIFIED SCHOOL DISTRICT, BY SERVING KATHLEEN BROOKS, ASSISTANT TO ARDELLA DAILEY

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $80.00 | TOTAL $80.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/21/07
Date

Signature of Server

ONE HOUR LEGAL
Address of Server
1280 BOULEVARD WAY, #205
WALNUT CREEK, CA 94595
925-947-3470

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## Documents to be Served

SUMMONS IN A CIVIL CASE AND FIRST AMENDED COMPLAINT; , CERTIFICATE OF INTERESTED PARTIES, NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL, BLANK CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE, BLANK DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE, GUIDELINES, ECF REGISTRATION INFORMATION HANDOUT, FEE SCHEDULE SUMMARY, WELCOME TO THE OAKLAND DIVISIONAL OFFICE OF THE UNITED STATES DISTRICT COURT

| Attorney or Party without Attorney: RALPH O. LEWIS, JR. ESQ, Bar #141132<br>LAW OFFICE OF RALPH O. LEWIS<br>40960 CALIFORNIA OAKS ROAD, STE 267<br>MURRIETA, CA 92562<br>Telephone No: 951-696-4777    FAX No: 951-696-4776 | For Court Use Only |
|---|---|
| Ref. No or File No.: | |
| Attorney for: Plaintiff | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Northern District Of California | |
| Plaintiff: BARR<br>Defendant: ALAMEDA CITY UNIFIED SCHOOL DISTRICT | |
| **PROOF OF SERVICE By Mail** | Hearing Date: | Time: | Dept/Div: | Case Number: C0704075JL |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the SUMMONS IN A CIVIL CASE AND FIRST AMENDED COMPLAINT, CERTIFICATE OF INTERESTED PARTIES, NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL, BLANK CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE, BLANK DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE, GUIDELINES, ECF REGISTRATION INFORMATION HANDOUT, FEE SCHEDULE SUMMARY, WELCOME TO THE OAKLAND DIVISIONAL OFFICE OF THE UNITED STATES DISTRICT COURT

3. By placing a true copy of each document in the United States mail, in a sealed envelope by First Class mail with postage prepaid as follows:

   a. Date of Mailing:         Wed., Nov. 21, 2007
   b. Place of Mailing:        Walnut Creek, CA 94595
   c. Addressed as follows:    GOVERNING BOARD OF ALAMEDA UNIFIED SCHOOL DISTRICT
                               2200 CENTRAL AVENUE
                               Alameda, CA 94501

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Wed., Nov. 21, 2007 in the ordinary course of business.

5. Person Serving:
   a. ELISE SNEDEGAR
   b. One Hour Delivery Service
      1280 Boulevard Way #205
      Walnut Creek, CA 94595
   c. 925-947-1100, FAX 925-947-3480

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. The Fee for Service was: $80.00
   e. I am: (3) registered California process server
      (i) Employee
      (ii) Registration No.: #641
      (iii) County: Contra Costa

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: Wed, Nov. 21, 2007

   Judicial Council Form
   Rule 2.150.(a)&(b) Rev January 1, 2007         PROOF OF SERVICE By Mail        (ELISE SNEDEGAR)          lewirl.9162

TOTAL P.09

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| RALPH O. LEWIS, JR. ESQ, Bar #141132<br>LAW OFFICE OF RALPH O. LEWIS<br>40960 CALIFORNIA OAKS ROAD, STE 267<br>MURRIETA, CA 92562<br>Telephone No: 951-696-4777   FAX No: 951-696-4776 | |
| Ref. No or File No.: | |
| Attorney for: Plaintiff | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Northern District Of California | |
| Plaintiff: BARR | |
| Defendant: ALAMEDA CITY UNIFIED SCHOOL DISTRICT | |

| PROOF OF SERVICE<br>By Mail | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C0704075JL |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the SUMMONS IN A CIVIL CASE AND FIRST AMENDED COMPLAINT, CERTIFICATE OF INTERESTED PARTIES, NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL, BLANK CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE, BLANK DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE, GUIDELINES, ECF REGISTRATION INFORMATION HANDOUT, FEE SCHEDULE SUMMARY, WELCOME TO THE OAKLAND DIVISIONAL OFFICE OF THE UNITED STATES DISTRICT COURT

3. By placing a true copy of each document in the United States mail, in a sealed envelope by First Class mail with postage prepaid as follows:

   a. Date of Mailing:        Wed., Nov. 21, 2007
   b. Place of Mailing:       Walnut Creek, CA 94595
   c. Addressed as follows:   ALAMEDA CITY UNIFIED SCHOOL DISTRICT
                              2200 CENTRAL AVENUE
                              Alameda, CA 94501
                              ATTN: ARDELLA DAILEY, SUPERINTENDENT

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Wed., Nov. 21, 2007 in the ordinary course of business.

5. Person Serving:
   a. ELISE SNEDEGAR
   b. One Hour Delivery Service
      1280 Boulevard Way #205
      Walnut Creek, CA 94595
   c. 925-947-1100, FAX 925-947-3480

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. The Fee for Service was:  $80.00
   e. I am: (3) registered California process server
      (i)   Employee
      (ii)  Registration No.:  #641
      (iii) County:            Contra Costa

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Wed, Nov. 21, 2007

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
By Mail

(ELISE SNEDEGAR)

lewirl.9161