Case 3:07-cv-04075-JL    Document 4-2    Filed 10/30/2007    Page 1 of 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JUDY BARR,                                          No. C 07 -4075  JL

        Plaintiff,

        v.                                       CONSENT TO PROCEED BEFORE
                                                    UNITED STATES MAGISTRATE J....
ALAMEDA CITY UNIFIED SCHOOL
DISTRICT, ET AL.,

        Defendants.
_____/

     In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned party

hereby consents to have a United States Magistrate Judge conduct any and all furt er

proceedings in the case, including trial, and order the entry of a final judgment, and

voluntarily waives the right to proceed before a United States District Judge. I un ler

that I am free to withhold consent to jurisdiction of this court and request reassignme

district judge without adverse substantive consequences.

Date: _11/22/07_

                                       Signature

                                       Counsel for _Plantiff_

CONSENT                                             1