1  RALPH O. LEWIS, JR.
   Attorney at Law
2  Cal. Bar No. 141132
   1101 California Avenue, Suite 100
3  Corona, CA  92881
   (909) 734-4631
4

5  Attorney for Plaintiff
   JUDY BARR
6

7

8              **UNITED STATES DISTRICT COURT**

9            **NORTHERN  DISTRICT OF CALIFORNIA**

10

   Judy Barr                                    )  CASE NO.:
11                                              )
                             Plaintiffs         )  **PLAINTIFF'S  CASE MANAGEMENT**
12                                              )  **STATEMENT**
   vs.                                          )
13                                              )  DATE:
   ALAMEDA CITY UNIFIED SCHOOL DISTRICT; )  TIME:
14 GOVERNING BOARD OF ALAMEDA UNIFIED )  DEPT:
   SCHOOL  DISTRICT;   DOES 1 THROUGH 10)
15                      Defendants.            )
   _____ )
16                                              )
                                                )
17                                              )
                                                )
18                                              )
                                                )
19                                              )
                                                )
20                                              )

21

22      The Complaint has been Amended as of November 16, 2007 The Complaint has not been

23 served as of the writing of this statement.

24 **1.      A BRIEF DESCRIPTION OF THE EVENTS UNDERLYING THE ACTION:**

25      This action is brought under the Individuals with Disabilities Education Act ("IDEA"),

26 20 U.S.C. § 1400 et seq., Section 504 of the Rehabilitation Act of 1973, 29 U.S.C. §794, 42 U.S.C.

27 1983, and pendant state law causes of action for breach of settlement agreement by failing to pay

28

REVISED JOINT CASE MANAGEMENT
STATEMENT AND PROPOSED ORDER
                            1

1  reimbursement and Attorneys Fees under a settlement of a Administrative Due Process complaint

2  filed by Plaintiff   Plaintiff, Judy Barr is the mother of, is a child identified as qualifying for special

3  education under the IDEA and Defendant, Alameda Unified School District ("District"), is the local

4  educational agency charged with providing special education and related services to Plaintiff son and

5  to pay for educational services  as required by the IDEA.  Plaintiff filed for an administrative due

6  process hearing with the California Special Education Hearing Office ("SEHO") challenging the

7  District's proposed educational placement and related services offered to him.   On August 9,2005

8  Plaintiff's parents, and the District entered into a mediated  Settlement Agreement ("Agreement") to

9  resolve disputed issues. This Agreement was drafted by the District.

10  **II.    THE PRINCIPAL FACTUAL ISSUES:**

11       1.    The Plaintiff alleges  Defendant District is responsible for breach of the Agreement.

12       2.    Plaintiff alleges that District has refused to pay the amounts owed under the

13             settlement agreement. $24,000 for reimbursement and $6,500 in Attorneys fees.

14       3.    That Defendants owes Attorneys fees for this filing

15

16

17  **III.   THE PRINCIPAL LEGAL ISSUES WHICH THE PARTIES DISPUTE:**

18       1.    The plaintiff alleges  that the failure to comply with the Agreement resulted in a

19             breach of contract chargeable against Defendants.

20

21  IV.   **THE OTHER FACTUAL ISSUES WHICH  REMAIN UNRESOLVED FOR THE**

22       **REASON STATED BELOW AND HOW THE PARTIES INTEND TO RESOLVE**

23       **THOSE ISSUES:** Unknown at this time

24

25

26  **V.    THE PARTIES THAT HAVE NOT BEEN SERVED AND THE REASONS:**

27       The Defendants have been served at the time of writing this statement the Plaintiffs have

28

REVISED JOINT CASE MANAGEMENT
STATEMENT AND PROPOSED ORDER

2

1   amended the complaint as 0f 11/16/2007, Defendants was served on 11/21/07

2   **VI.   THE ADDITIONAL PARTIES WHICH THE BELOW-SPECIFIED PARTIES**

3   **INTEND TO JOIN AND THE INTENDED TIME FRAME FOR SUCH JOINDER:**

4   None at this time.

5

6   **VII.   THE FOLLOWING PARTIES CONSENT TO ASSIGNMENT OF THIS CASE TO A**

7   **UNITED STATES MAGISTRATE JUDGE FOR TRIAL:**

8   Plaintiff.

9

10   **VIII.   ALTERNATIVE DISPUTE RESOLUTION:**

11   The parties have not filed a Stipulation and Proposed Order Selecting an ADR process.  The

12   Plaintiff request a settlement conference with a magistrate Judge. ///

13

14   **IX.   PLEASE INDICATE ANY OTHER INFORMATION REGARDING ADR PROCESS**

15   **OR DEADLINE:**

16   None at this time defendant has not answered

17

18   **X.   THE PARTIES CERTIFY THAT THEY HAVE MADE THE FOLLOWING**

19   **DISCLOSURES (LIST DISCLOSURES OF PERSONS, DOCUMENTS, DAMAGE**

20   **COMPUTATIONS AND INSURANCE AGREEMENTS):**

21   The Plaintiff have prepared and served a Certification of Interested Entities, and listed

22   damages and receipts in the complaint and its exhibits

23   **XI.   THE PARTIES STIPULATE TO THE FOLLOWING DISCOVERY PLAN:**

24   **Discovery Plan for Plaintiff:**

25   This is premature as defendants have not answered yet**.**

26   **XII.   TRIAL SCHEDULE**

27   1.   The parties request a trial date as follows:

28

REVISED JOINT CASE MANAGEMENT
STATEMENT AND PROPOSED ORDER

2.    Plaintiffs estimate of Number of days expected for trial:                    2 days

3.    Pretrial Conference Date:

4.    Last Date for Hearing Dispositive Motions:

5.    Discovery Cutoff Date Including Expert Discovery:

6.    Exchange of Names of Experts, Vitae and Reports:

**SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL**

Plaintiff has electronically    filed this statement with the court and intends to serve this

statement upon defendants by mail to address of service of the Complaint.

DATED: __11/2107_____          _s/s_____
                                         RALPH O. LEWIS, JR. for Plaintiffs

Z:\2007\Barr federal filing\111607 petitioners case mgt statement.wpd

REVISED JOINT CASE MANAGEMENT
STATEMENT AND PROPOSED ORDER

4