**LAW OFFICE OF RALPH O. LEWIS**
Ralph O. Lewis, Jr., Cal. Bar No.: 141132
40960 California Oaks Rd., Suite 267
Murrieta, CA  92562
Tel:(951) 696-4777  Fax:(951) 696-4776
Email: lawofficeofralphlewis@ca.rr.com

(Space below reserved for court use)

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY BARR,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ALAMEDA CITY UNIFIED SCHOOL DISTRICT; GOVERNING BOARD OF ALAMEDA UNIFIED SCHOOL DISTRICT; DOES 1 THROUGH 10.<br>　　　　　Defendants. | Case: C7-04075 JL<br><br>MOTION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE SCHEDULED FOR November 28, 2007 @10:30 a.m.  To February 20 2008 @10:30 a.m. |

## I
## MOTION

1. The Plaintiff in  in the above matter seeks to continue the scheduled case management conference until February 20, 2008 @ 10:30 am

2. In the instant action the first amended complaint was served on Defendants on November 21, 2007 The Defendants have not at this time responded most likely due to the current service.

　　　Plaintiff council's office is located in Southern California and as such some hardship

1

incurs in order to appear where the Defendant has not answered.

### III
### **CONCLUSION**

6.  The Plaintiff believes that in the interest of judicial economy this matter should be continued.

Respectfully Submitted,

LAW OFFICE OF RALPH O. LEWIS

Dated: 11/27/2007                    _/s/_____
                                     Ralph O. Lewis, Jr., Esq.,
                                     Attorney for Defendant.

