Gregory A. Wedner, SBN 067965
Sloan R. Simmons, SBN 233752
**LOZANO SMITH**
2000 Crow Canyon Place, Suite 200
San Ramon, CA 94583-1344
Telephone: (925) 302-2000
Facsimile: (925) 302-2010

Attorneys for Defendants
ALAMEDA UNIFIED SCHOOL DISTRICT and
GOVERNING BOARD OF ALAMEDA UNIFIED SCHOOL DISTRICT

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDY BARR,<br><br>        Plaintiff,<br><br>v.<br><br>ALAMEDA UNIFIED SCHOOL DISTRICT,<br>GOVERNING BOARD OF ALAMEDA<br>UNIFIED SCHOOL DISTRICT, and DOES 1<br>through 10,<br><br>        Defendants. | CASE NO.   C07–04075 JL<br><br>**DEFENDANTS' ANSWER TO**<br>**PLAINTIFF'S FIRST AMENDED**<br>**COMPLAINT** |

Defendants ALAMEDA UNIFIED SCHOOL DISTRICT and GOVERNING BOARD OF ALAMEDA UNIFIED SCHOOL DISTRICT (referred to herein collectively as "Defendants"), pursuant to Rule 8 of the Federal Rules of Civil Procedure, in answer to the First Amended Complaint ("FAC") of Plaintiff JUDY BARR ("Plaintiff"), hereby admit, deny and allege as follows:

**COMPLAINT**

**CAUSE OF ACTION**

1.   In answer to paragraph 1 of the FAC, Defendants allege that the cited provisions of 20 United States Code and the Education Code speak for themselves, and deny all allegations within paragraph 1 that attempt to characterize, paraphrase or expand on the language in these provisions. In addition to said affirmative allegations, Defendants assert that the allegations in paragraph 1 consist of

speculation, conclusion, and legal argument, rather than a factual presentation and, therefore, Defendants deny all allegations therein. Aside from said affirmative allegations, Defendants are without sufficient information, knowledge, or belief to admit or deny the allegations and, based thereon, Defendants deny all allegations therein.

### JURISDICTION

2. In answer to paragraph 2 of the FAC, Defendants assert that the allegations consist of speculation, conclusion, and legal argument, rather than a factual presentation and, therefore, Defendants deny all allegations therein.

### PARTIES

3. In answer to paragraph 3 of the FAC, and based on information, knowledge and belief, Defendants admit that allegations therein.

4. In answer to paragraph 4 of the FAC, Defendants allege that the law speaks for itself with regard to the cited and referenced legal requirements to provide "a free and appropriate public education for all students with disabilities within their district and for disciplining those students[,]" and deny all allegations within paragraph 4 that attempt to characterize, paraphrase or expand on the language of the applicable law. Aside from said affirmative allegations, and based on information, knowledge, and belief, Defendants admit all remaining allegations therein.

### FACTUAL ALLEGATIONS

5. In answer to paragraph 5 of the FAC, Defendants allege that the cited and referenced provisions of the Individuals with Disabilities Education Improvement Act ("IDEA") (20 U.S.C. sections 1400 *et seq.*) and California Education Code speak for themselves, and deny all allegations within paragraph 5 that attempt to characterize, paraphrase or expand on the language in these provisions. Aside from said affirmative allegations, and based on information, knowledge, and belief, Defendants admit all remaining allegations therein.

6. In answer to paragraph 6 of the FAC, Defendants assert that said Settlement Agreement speaks for itself, and deny all allegations within paragraph 6 that attempt to characterize, paraphrase or expand on the language of said Settlement Agreement. Aside from said affirmative allegations, Defendants admit all remaining allegations therein.

7. In answer to paragraph 7 of the FAC, Defendants are without sufficient information, knowledge, or belief to admit or deny the allegations and, based thereon, Defendants deny all allegations therein.

8. In answer to paragraph 8 of the FAC, Defendants assert that said Settlement Agreement speaks for itself, and denies all allegations within paragraph 8 that attempt to characterize, paraphrase or expand on the language of said Settlement Agreement. Aside from said affirmative allegations, Defendants admit all remaining allegations therein.

9. In answer to paragraph 9 of the FAC, Defendants assert that the first time Plaintiff's counsel provided Defendants the required invoice for attorneys' fees and costs related to the Settlement Agreement referenced in the FAC was when Plaintiff's counsel served Defendants with said FAC, which contained as "Exhibit B" an invoice for attorneys' fees and costs related to the Settlement Agreement and that the District was unable to initiate or complete payment for attorneys' fees and costs related to the Settlement Agreement until receipt of said Exhibit B. Aside from said affirmative allegations, Defendants assert that all remaining allegations in paragraph 9 consist of speculation, conclusion, and legal argument, rather than a factual presentation and, therefore, Defendants deny all allegations therein.

## PLAINTIFF'S CLAIM FOR RELIEF

10. In answer to paragraph 10 of the FAC, Defendants assert that the cited and referenced provisions of the IDEA and federal court judicial decisions speak for themselves and deny all allegations within paragraph 10 that attempt to characterize, paraphrase or expand on the cited to and referenced provisions of the IDEA and federal court judicial decisions. Aside from said affirmative allegations, Defendants assert that all allegations in paragraph 10 consist of speculation, conclusion, and legal argument, rather than a factual presentation and, therefore, Defendants deny all allegations therein

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

**(Failure to State a Claim)**

11. Defendants allege that Plaintiff's FAC fails to state a claim upon which relief may be granted against Defendants.

///

## SECOND AFFIRMATIVE DEFENSE

### (Statute[s] of Limitation)

12. Defendants alleges that Plaintiff is barred by the applicable statute[s] of limitations from asserting the claims alleged in the FAC against Defendants.

## THIRD AFFIRMATIVE DEFENSE

### (Failure to Exhaust Administrative Remedies)

13. Defendants allege that Plaintiff is barred from asserting the claims alleged in the FAC because Plaintiff has failed to satisfy statutory prerequisites to suit and/or failed to exhaust administrative remedies, including those under California Government Code section 900 *et seq.*

## FOURTH AFFIRMATIVE DEFENSE

### (Laches, Waiver, Estoppel, Unclean Hands)

14. Defendants allege that Plaintiff is barred by the equitable doctrines of laches, waiver, estoppel, and/or unclean hands from asserting the claims alleged in the FAC against Defendants.

## FIFTH AFFIRMATIVE DEFENSE

### (Comparative Fault)

15. Defendants allege that Plaintiff is barred from asserting the claims alleged in the FAC against Defendants as any alleged damages were not caused by the acts or omissions of Defendants, but by the acts or omissions of Plaintiff.

## SIXTH AFFIRMATIVE DEFENSE

### (Immunity and Privilege)

16. Defendants allege that Plaintiff is barred from asserting the claims alleged in the FAC against Defendants as Defendants' actions are privileged, immune, justifiable, based solely on good faith, and/or otherwise lawful.

## SEVENTH AFFIRMATIVE DEFENSE

### (Failure to Mitigate Damages)

17. Defendants are informed and believes, and on that ground alleges that Plaintiff has had, and continue to have, the ability and opportunity to mitigate any and all damages alleged in the FAC, and have failed to act reasonably to mitigate such.

### EIGHT AFFIRMATIVE DEFENSE

### (Failure of Conditions Precedent)

18. Defendants allege that Plaintiff is barred from asserting the claims alleged in the FAC, as any settlement agreement performance required by Defendants was never triggered because Plaintiff's failure to comply with conditions precedent.

### NINTH AFFIRMATIVE DEFENSE

### (General Mootness)

19. Defendants allege that Plaintiff is barred from asserting the claims alleged in the FAC, because as of the time of any determination on the Complaint, any such determination or determinations will be moot.

### PRAYER

WHEREFORE, Defendants pray as follows:

1. That Plaintiff take nothing by way of her FAC;
2. That Plaintiff's FAC be dismissed with prejudice;
3. That Defendants recover their attorneys' fees and expenses incurred herein;
4. For costs of suit incurred herein; and
5. For such other and further relief as the Court deems just and proper.

Dated: December 5, 2007

Respectfully submitted,

LOZANO SMITH

_____
GREGORY A. WEDNER
SLOAN R. SIMMONS
Attorneys for Defendants
ALAMEDA UNIFIED SCHOOL DISTRICT and
GOVERNING BOARD OF ALAMEDA UNIFIED SCHOOL DISTRICT

00002\066\PLD\SR053665.WPD

LOZANO SMITH
2000 CROW CANYON PLACE, SUITE 200 SAN RAMON, CA 94583-1344
TEL 925-302-2000   FAX 925-302-2010