E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JUDY BARR

    Plaintiff(s),

    v.

ALAMEDA CITY UNIFIED SCHOOL DISTRICT; GOVERNING BOARD OF ALAMEDA UNIFIED SCHOOL DISTRICT

    Defendant(s).

No. C C07-04075

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: December 6, 2007

LOZANO SMITH

_____
Signature

Counsel for DEFENDANTS
(Plaintiff, Defendant or indicate "pro se")