1  Gregory A. Wedner, SBN 067965
   Sloan R. Simmons, SBN 233752
2  **LOZANO SMITH**
   2000 Crow Canyon Place, Suite 200
3  San Ramon, CA 94583-1344
   Telephone: (925) 302-2000
4  Facsimile: (925) 302-2010

5  Attorneys for Defendants
   ALAMEDA UNIFIED SCHOOL DISTRICT and
6  GOVERNING BOARD OF ALAMEDA UNIFIED SCHOOL DISTRICT

7

8                   UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  JUDY BARR,                              )   CASE NO.  C07–04075 JL
                                            )
12          Plaintiff,                      )   **JOINT CASE MANAGEMENT
                                            )   STATEMENT; [PROPOSED] ORDER**
13  v.                                      )
                                            )   (FED. R. CIV. P. 26; LOCAL RULE 16-9)
14  ALAMEDA UNIFIED SCHOOL DISTRICT,        )
    GOVERNING BOARD OF ALAMEDA              )
15  UNIFIED SCHOOL DISTRICT, and DOES 1     )
    through 10,                             )
16                                          )
            Defendants.                     )
17  _____)

18         Plaintiff JUDY BARR ("Plaintiff") and Defendants ALAMEDA UNIFIED SCHOOL DISTRICT

19  and GOVERNING BOARD OF ALAMEDA UNIFIED SCHOOL DISTRICT ("District") (collectively

20  with Plaintiffs herein, "Parties") hereby submit the following Joint Case Management Statement:

21         Plaintiff filed her original Complaint in this matter on August 8, 2007, which was not served.  On

22  November 16, 2007, Plaintiff filed her First Amended Complaint ("FAC") in this matter, and served

23  same on the District on November 21, 2007.  Plaintiff's FAC asserts one cause of action, a claim under

24  the federal Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C. sections 1400 *et seq.*,

25  seeking reimbursement for educational costs and attorneys' fees under the Parties' 2005 settlement

26  agreement resulting from a special education dispute under the IDEA.

27         Since Plaintiff's filing of her FAC, and her subsequent provision to the District of the required

28  written proof of educational costs and attorneys' fees, the District has issued warrants to fully reimburse

1  Plaintiff for all educational costs and attorneys' fees sought in her FAC and remaining due under the
2  Parties' 2005 settlement agreement.
3      As a result, all issues, matters, and claims under the FAC are resolved. Further, the Parties
4  anticipate filing a stipulation for dismissal under Rule 41(a) of the Federal Rules of Civil Procedure.
5  However, Plaintiff's counsel has to date been unable to locate and communicate with Plaintiff in order to
6  obtain consent to the stipulate to dismissal. Assuming Plaintiff's counsel communicates with Plaintiff
7  within thirty (30) days and obtains consent, this case will be dismissed without prejudice.
8      The Parties agree that in light of the above facts, the Court should vacate the currently scheduled
9  February 20, 2008 Case Management Conference; continue same for thirty (30) days, to March 21, 2008,
10 before which, if the Parties have not then filed the above-referenced stipulation for dismissal, the Parties
11 will file a revised and updated Joint Case Management Statement at least seven (7) days in advance of
12 March 21, 2008.

13 Dated: February ____, 2008                        Respectfully submitted,

14                                                  LAW OFFICE OF RALPH O. LEWIS

17                                                  _____
                                                    RALPH O. LEWIS
                                                    Attorneys for Plaintiff
18                                                  JUDY BARR

19
20 Dated: February 4, 2008                          Respectfully submitted,

                                                    LOZANO SMITH
21
22                                                  /s/ Sloan Simmons
23                                                  _____
                                                    GREGORY A. WEDNER
                                                    SLOAN R. SIMMONS
24                                                  Attorneys for Defendants
                                                    ALAMEDA UNIFIED SCHOOL
25                                                  DISTRICT and
                                                    GOVERNING BOARD OF ALAMEDA
26                                                  UNIFIED SCHOOL DISTRICT

27 Q:\RAM_DOCS\00002\071\pld\SR057128.WPD
28

Plaintiff for all educational costs and attorneys' fees sought in her FAC and remaining due under the Parties' 2005 settlement agreement.

As a result, all issues, matters, and claims under the FAC are resolved. Further, the Parties anticipate filing a stipulation for dismissal under Rule 41(a) of the Federal Rules of Civil Procedure. However, Plaintiff's counsel has to date been unable to locate and communicate with Plaintiff in order to obtain consent to the stipulate to dismissal. Assuming Plaintiff's counsel communicates with Plaintiff within thirty (30) days and obtains consent, this case will be dismissed without prejudice.

The Parties agree that in light of the above facts, the Court should vacate the currently scheduled February 20, 2008 Case Management Conference; continue same for thirty (30) days, to March 21, 2008, before which, if the Parties have not then filed the above-referenced stipulation for dismissal, the Parties will file a revised and updated Joint Case Management Statement at least seven (7) days in advance of March 21, 2008.

Dated: February 4, 2008

Respectfully submitted,

LAW OFFICE OF RALPH O. LEWIS

RALPH O. LEWIS
Attorneys for Plaintiff
JUDY BARR

Dated: February ___, 2008

Respectfully submitted,

LOZANO SMITH

GREGORY A. WEDNER
SLOAN R. SIMMONS
Attorneys for Defendants
ALAMEDA UNIFIED SCHOOL DISTRICT and
GOVERNING BOARD OF ALAMEDA UNIFIED SCHOOL DISTRICT

Q:\RAM_DOCS\000021071\pld\SR057128.WPD

JOINT CASE MANAGEMENT STATEMENT; & [PROPOSED] ORDER — -2- — Barr v. Alameda Unified Sch. Dist. et al. CASE NO. C07-04075 JL

# [PROPOSED] ORDER

Based upon the instant Joint Case Management Statement and good cause showing, the Court vacates the Parties' February 20, 2008 Case Management Conference; continues the Parties' Case Management Conference to March [21][____], 2008; and the Parties must file a revised and updated Joint Case Management Statement no later than [seven][_____] days in advance of March 21, 2008, if by that time the Parties have not yet filed a stipulation for dismissal without prejudice under Rule 41(a) of the Federal Rules of Civil Procedure.

DATED:

_____
The Honorable James Larson
Chief Magistrate Judge