**United States District Court**

**Northern District Of California**

| | |
|---|---|
| Judy Barr,<br><br>    Plaintiff,<br><br>    vs.<br><br>Alameda City Unified School District et al    Defendant | Case No.: 3:07-cv-04075-JL<br><br>STIPULATION OF DISMISSAL |

IT IS HEREBY STIPULATED by and between the Parties to this action through their designated counsel that the above-captioned action be and herby is dismissed with prejudice, based on the settlement between the parties, pursuant to FRCP 41(a)(1).

Dated this 12 day of March, 2008

_[signature]_                                               _[signature]_

Ralph O. Lewis Attorney for Plaintiff         Sloan R. Simmons  Attorney for all Defendants

IT IS SO ORDERED
_____
U.S. DISTRICT COURT JUDGE

STIPULATION OF DISMISSAL - 1