United States District Court

Northern District Of California

| | |
|---|---|
| Judy Barr,<br><br>    Plaintiff,<br><br>vs.<br><br>Alameda City Unified School District et al<br><br>    Defendant | Case No.: 3:07-cv-04075-JL<br><br>STIPULATION OF DISMISSAL |

IT IS HEREBY STIPULATED by and between the Parties to this action through their designated counsel that the above-captioned action be and herby is dismissed with prejudice, based on the settlement between the parties, pursuant to FRCP 41(a)(1).

Dated this 12 day of March, 2008

_____       _____
Ralph O. Lewis Attorney for Plaintiff    Sloan R. Simmons  Attorney for all Defendants

IT IS SO ORDERED _____
U.S. DISTRICT COURT JUDGE

STIPULATION OF DISMISSAL - 1